Case 08-71344   Doc 45   Filed 01/09/09   Entered 01/09/09 11:03:17   Desc Main
Document      Page 1 of 2

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MICHAEL SEMMENS, SR. & DAWN SEMMENS  Case Number: 08-71344
14286 STATE ROUTE 72  SSN-xxx-xx-1359 & xxx-xx-1544
GENOA, IL  60135

Case filed on: 4/30/2008
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $584.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY JAMES A YOUNG | 3,500.00 | 3,500.00 | 162.47 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 162.47 | 0.00 |
| 068 | GE MONEY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MICHAEL SEMMENS, SR. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | HEIGHTS FINANCE | 650.00 | 650.00 | 0.00 | 0.00 |
| 002 | MARQUETTE CONSUMER FINANCE LLC | 2,974.80 | 2,974.80 | 271.16 | 110.08 |
| 070 | HEIGHTS FINANCE | 375.00 | 375.00 | 0.00 | 0.00 |
|  | Total Secured | 3,999.80 | 3,999.80 | 271.16 | 110.08 |
| 001 | HEIGHTS FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ILLINOIS TOLLWAY | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ABA | 727.64 | 181.91 | 0.00 | 0.00 |
| 005 | ACCOUNT RECOVERY SERVICES | 81.74 | 20.44 | 0.00 | 0.00 |
| 006 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AFNI/VERIZON | 878.88 | 219.72 | 0.00 | 0.00 |
| 008 | AFNI, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | AFNI, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ARMOR SYSTEMS CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ARROW FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | AVANTEUSA | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CCA | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CERTIFIED SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CERTIFIED SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | PORTFOLIO RECOVERY ASSOCIATES | 553.50 | 138.38 | 0.00 | 0.00 |
| 017 | CREDIT PROTECT ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CREDITORS COLLECTION B | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | CREDITORS COLLECTION B | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CREDITORS COLLECTION B | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | CREDITORS COLLECTION B | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | CREDITORS PROTECTION S | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | DARMON ORTHODONTICS, P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | DIRECT MERCHANTS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | PREMIER BANKCARD/CHARTER | 388.97 | 97.24 | 0.00 | 0.00 |
| 026 | H & F LAW | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | HARVARD COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | KCA FINL | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | H & R ACCOUNTS | 130.60 | 32.65 | 0.00 | 0.00 |
| 030 | MEA - SJMC LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | MEDICAL COLLECTION SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | MEDICAL COLLECTIONS SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,278.72 | 319.68 | 0.00 | 0.00 |
| 034 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,110.09 | 277.52 | 0.00 | 0.00 |
| 035 | JEFFERSON CAPITAL SYSTEMS, LLC | 610.42 | 152.61 | 0.00 | 0.00 |
| 036 | MIRACLE FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | MRSI | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | NORTHWEST COLLECTORS | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | NORTHWEST COLLECTORS | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | NW COLLECTOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | PELLETTIERI | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | PROFESSIONAL COLLECTION SERV | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | PROVENA HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | REVENUE CYCLE PARTNERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | RMCB | 0.00 | 0.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---:|---:|---:|---:|
| 050 | RMCB | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | ROCKFORD MERCANTILE AGENCY INC | 389.87 | 97.47 | 0.00 | 0.00 |
| 052 | JEFFERSON CAPITAL SYSTEMS, LLC | 599.41 | 149.85 | 0.00 | 0.00 |
| 053 | SCOTT R ERWIN | 960.50 | 240.12 | 0.00 | 0.00 |
| 054 | SHERMAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 055 | SURETECHFS | 0.00 | 0.00 | 0.00 | 0.00 |
| 056 | PHARIA L.L.C | 457.83 | 114.46 | 0.00 | 0.00 |
| 057 | THE LAW OFFICE OF BRIAN S. GLASS | 0.00 | 0.00 | 0.00 | 0.00 |
| 058 | TRADEMARK PROPERTIES, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 059 | TRG ACCOUNT SERVICES | 505.66 | 126.42 | 0.00 | 0.00 |
| 060 | TRG ACCOUNT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 061 | TRG ACCOUNT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 062 | TRG ACCOUNT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 063 | TRG ACCOUNT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 064 | TRG ACCOUNT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 065 | ZENITH ACQUISITION | 0.00 | 0.00 | 0.00 | 0.00 |
| 066 | JEFFERSON CAPITAL SYSTEMS, LLC | 633.73 | 158.43 | 0.00 | 0.00 |
| 067 | CATALYST INTERVENTIONS LLC | 1,484.74 | 371.19 | 0.00 | 0.00 |
| 069 | PREMIER BANKCARD/CHARTER | 334.88 | 83.72 | 0.00 | 0.00 |
| 071 | FINGERHUT DIRECT MARKETING INC/CIT BANK | 164.97 | 41.24 | 0.00 | 0.00 |
| | Total Unsecured | 11,292.15 | 2,823.05 | 0.00 | 0.00 |
| | Grand Total: | 18,791.95 | 10,322.85 | 433.63 | 110.08 |

Total Paid Claimant: $543.71
Trustee Allowance: $40.29
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>12/30/2008</u>          By  <u>/s/Heather M. Fagan</u>